# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LANETTE MITCHELL,

        Respondent

        v.

EVAN SHIKORA, D.O., UNIVERSITY OF
PITTSBURGH PHYSICIANS D/B/A
WOMANCARE ASSOCIATES, MAGEE
WOMENS HOSPITAL OF UPMC,

        Petitioners

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 190 WAL 2017

Petition for Allowance of Appeal from
the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2017, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** Petitioners' second issue, as stated by Petitioners:

> Whether the Superior Court's holding directly conflicts with this Honorable Court's holdings in *Brady v. Urbas*, 111 A.3d 1155 (Pa. 2015), which permits evidence of general risks and complications in a medical negligence claim?

The Petition for Allowance of Appeal is **DENIED** as to all remaining issues.   Petitioners' Application to File Supplement to Petition for Allowance of Appeal is **DENIED**.